UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ryan McMahon, | No. 2:24-mc-0117 KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| John Whitney, et al., | |
| Defendants. | |

Plaintiff's counsel, Ms. Lenore Albert, has filed a motion for administrative relief requesting an order to show cause why she "should not be suspended or disbarred from practice in this Court" per the local rules. Mot. at 2, ECF No. 59 (quoting E.D. Cal. L.R. 184(b)). Ms. Albert's request is based on the California State Bar's recommending her disbarment, with interim suspension starting on March 14, 2024. *See id.* at 1; State Bar Decision at 39, Mot. Ex. 1. Ms. Albert filed her motion in case 2:23-cv-1972-KJM-JDP, but the court construes the motion as being filed with the court generally. The court **grants** the motion to the extent it directs Ms. Albert to show cause in writing within 14 days of the filing date of this order why she "should not be suspended or disbarred from practice in this Court." E.D. Cal. L.R. 184(b). Ms. Albert may retain ECF privileges until the issue of her suspension and pending disbarment are resolved.

IT IS SO ORDERED.

DATED: March 19, 2024.

CHIEF UNITED STATES DISTRICT JUDGE